UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  MICHAEL J. LaGIGLIO                  §   Case No. 10-38231
                                             §           Chapter 7
                                             §           Hon. SUSAN PIERSON SONDERBY
                                             §
          Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 3/16/11 in Courtroom 642, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MICHAEL J. LaGIGLIO § Case No. 10-38231
§ Chapter 7
§ Hon. SUSAN PIERSON SONDERBY
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $10,901.78 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $10,901.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | NONE | | | | |
| | | | | | $0.00 |
| | | Total to be paid to secured creditors: | | | $0.00 |
| | | Remaining balance: | | | $10,901.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,840.18 | $0.00 | $1,840.18 |
| *Trustee, Expenses* ALLAN J. DeMARS | $7.52 | $0.00 | $7.52 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $1,125.00 | $0.00 | $1,125.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges, U.S. Bankruptcy Court*

*Fees, United States Trustee*

    Other

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,972.70 |
| Remaining balance: | $7,929.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for*    , *Fees* | | | |
| *Attorney for*    , *Expenses* | | | |
| *Accountant for*    , *Fees* | | | |
| *Accountant for*    , *Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,929.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for priority claims: | | | $0.00 |
| | Remaining balance: | | | $7,929.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $442,624.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for FIA Cards Services successor to Bank of American and MBNA America Bank | $26,624.90 | $0.00 | $476.95 |
| 2 | Bridgeview Bank Group | $416,000.00 | $0.00 | $7,452.13 |
| | Total to be paid for timely general unsecured claims: | | | $7,929.08 |
| | Remaining balance: | | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for tardily filed general unsecured claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | | Total to be paid for subordinated claims: | | $0.00 |
| | | Remaining balance: | | $0.00 |

Prepared By: ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez               Page 1 of 1                   Date Rcvd: Feb 16, 2011
Case: 10-38231                Form ID: pdf006               Total Noticed: 18

The following entities were noticed by first class mail on Feb 18, 2011.
db           +Michael J. LaGiglio,    3209 S. Princeton Ave.,    Chicago, IL 60616-3613
aty          +John M Brom,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
aty          +Robert R Benjamin,    Golan & Christie, LLP,    70 West Madison Street,    Suite 1500,
               Chicago, IL 60602-4265
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16550065     +AFCO,    4501 College Boulevard,    Suite 320,    Leawood, KS 66211-2328
16048635     +Bank of America - Cash Rewards,    Business Card,    PO Box 15184,    Wilmington, DE 19850-5184
16048636     +Bank of America - World Points,    PO Box 15026,    Wilmington, DE 19850-5026
16048637    +++Bridgeview Bank Group,    attn: Kevin Ameriks,    4753 N. Broadway,    Chicago, IL 60640-5266
16048639     +Chase,    PO Box 9001020,    Louisville, KY 40290-1020
16048638     +Chase,    PO Box 9001123,    Louisville, KY 40290-1123
16048640     +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
16550066     +Comcast,    1255 W. North Avenue,    Chicago, IL 60642-1562
16048641     +Geraldine LaGiglio,    3209 S. Princeton Avenue,    Chicago, IL 60616-3613
16048642     +Mr. and Mrs. Timothy K. Mulherun,    723 W. 47th Place,    Chicago, IL 60609-4410
16048643     +R&M Contracting, Inc.,    3209 South Princeton Avenue,    Chicago, IL 60616-3613
16048644     +Rocco Arcieri,    3230 S. Princeton Ave.,    Chicago, IL 60616-3614
16048645     +U.S. Bank Home Mortgage,    PO Box 790415,    Saint Louis, MO 63179-0415
The following entities were noticed by electronic transmission on Feb 16, 2011.
16424910      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2011 01:32:59
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 18, 2011**            **Signature:** *Joseph Speetjens*